1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3  1420 E. Cooley Dr., Suite 100
   Colton, California 92324
4  Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
5  E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

FILED
CLERK, U.S DISTRICT COURT
FEB 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JERINA TRAISTER, | No. CV - 00954 SS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($3,600.00) subject to the terms of the stipulation.

DATE: 2/13/12    *Suzanne H. Segal*

HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE